UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY WHITE IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-01130-PLC |
| | ) | |
| MIDWESTERN PETROLEUM COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2). Upon review of the financial information submitted in support of the motion, the Court finds that Plaintiff is unable to pay the filing fee. Accordingly, the Court will grant the motion and waive the fee. *See* 28 U.S.C. § 1915(a)(1).

Because Plaintiff is proceeding in forma pauperis, his complaint is subject to review under § 1915(e)(2). That provision requires the Court to dismiss a complaint if it is frivolous or malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief against a defendant who is immune from such relief.

Plaintiff, represented by counsel, brings claims under Title III of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12181 *et seq.*, seeking injunctive relief for alleged architectural barriers and ADA violations at a place of public accommodation. Upon review, the Court finds that Plaintiff alleges sufficient facts to state a plausible claim to relief. Therefore, the Court will direct the Clerk of Court to effect service of process on Defendant.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue process or cause process to issue upon the complaint.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall serve the summons and complaint upon Defendant at the address provided. *See* Fed. R. Civ. P. 4(c)(3).

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of August, 2025